THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONGGUAN ZHOUDA TECHNOLOGY CO. LTD. d/b/a ANTAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> XINJIE DAI, <br><br> Defendant. | No. 2:25-cv-00536-TL <br><br> STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO RE-SET PRELIMINARY INJUNCTION HEARING AND BRIEFING SCHEDULE <br><br> NOTE ON MOTION CALENDAR: JULY 2, 2025 |

## I. STIPULATION

Defendant Xinjie Dai together with Plaintiffs Dongguan Zhouda Technology Co. Ltd. d/b/a ANTAND, et al (collectively "Plaintiffs"), (together with Defendant, "the Parties") stipulate and agree as follows and request that the Court enter an order consistent with the following:

1.  Plaintiffs filed a Second Motion for Temporary Restraining Order on June 16, 2025 ("Second Motion"). Dkt. No. 20. The Court granted in part and denied in part Plaintiffs' Second Motion. Dkt. No. 26. As part of that Order, the Court converted the Second Motion into

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO RE-SET PRELIMINARY INJUNCTION HEARING AND BRIEFING SCHEDULE - 1
(Case No. 2:25-cv-00536-TL)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1    a Motion for Preliminary Injunction, directed Defendant to file a response by June 26, 2025,

2    and set a hearing for July 3, 2025.

3          2.    On June 26, 2025, the Court granted Plaintiffs' Motion for Electronic Service of

4    Process, permitting Plaintiffs to serve process on Defendant under a defined electronic service

5    protocol. Dkt. No. 30.

6          3.    Counsel for Defendant filed a Notice of Appearance on July 2, 2025.

7          4.    The Parties have conferred, and accordingly agree and stipulate that the need for

8    notice and an opportunity to present evidence and arguments establishes good cause to continue

9    the preliminary injunction hearing and set the following briefing schedule:

10              a.    Defendant may file a response to Plaintiffs' Second Motion by no later than

11                  July 23, 2025.

12              b.    Plaintiffs may file a reply by no later than July 30, 2025.

13          5.    The Parties respectfully request that the Court set a hearing on Plaintiffs' Motion

14    for Preliminary Injunction in accordance with this briefing schedule and the Court's

15    availability.

16          6.    For the purpose of this stipulation and reserving all rights to contest both the

17    merits of this dispute and Plaintiffs' requested relief, Defendant consents that, during the

18    pendency of Plaintiffs' Motion for Preliminary Injunction and until further order of the Court,

19    Plaintiffs may resume sales on Amazon.com regarding the products identified by ASIN in the

20    Court's June 19 Order.

21    **II. AGREED ORDER**

22    Based on the foregoing Stipulation, good cause exists to continue the preliminary

23    injunction hearing and set the following briefing schedule:

24              a.    Defendant may file a response to Plaintiffs' Second Motion by no later than

25                  July 23, 2025.

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
TO RE-SET PRELIMINARY INJUNCTION
HEARING AND BRIEFING SCHEDULE - 2
(Case No. 2:25-cv-00536-TL)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

b. Plaintiffs may file a reply by no later than July 30, 2025.

c. The Court will exercise its discretion to set a hearing on Plaintiffs' motion for preliminary injunction in accordance with this briefing schedule and the Court's availability.

IT IS SO ORDERED

DATED this 3rd day of July, 2025

_____
Tana Lin
United States District Judge

Submitted this 2nd day of July 2025

Presented By:

*s/ Eric A. Lindberg*
Eric A. Lindberg, WSBA No. 43596
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
Telephone: (206) 625-8600
elindberg@corrcronin.com

*Counsel for Defendant*

*s/ Adam E. Urbanczyk (with permission)*
Adam E. Urbanczyk (*Admitted Pro Hac Vice*)
AU LLC
444 W Lake St Suite 1700
Chicago, IL 60606
Telephone: (312) 715-7312
adamu@au-llc.com

Philip P. Mann, WSBA No. 28860
MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Telephone: (206) 436-0900
phil@mannlawgroup.com

*Counsel for Plaintiffs*

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
TO RE-SET PRELIMINARY INJUNCTION
HEARING AND BRIEFING SCHEDULE - 3
(Case No. 2:25-cv-00536-TL)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900